```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

Torrence Holt Becker

    v.                                        Case No. 24-cv-430-JL-TSM

NH Division for Children, Youth, and
Families, et al.

## ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated August 13, 2025.

                                                      _____
                                                      Joseph N. Laplante
                                                      United States District Judge

Date: September 11, 2025

cc: Torrence Holt Becker, pro se