UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Torrence Holt Becker

    v.

NH Division for Children, Youth, and
Families, et al.

Case No. 24-cv-430-JL-TSM

ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated August 28, 2025. Plaintiff's motion to supplement the record, doc. no. 19, is granted.

_____
Joseph N. Laplante
United States District Judge

Date: September 12, 2025

cc: Torrence Holt Becker, pro se