UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Torrence Holt Becker

    v.

NH Division for Children, Youth, and Families, et al.

Case No. 24-cv-430-JL-TSM

<u>ORDER</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated February 19, 2026.

_____
Joseph N. Laplante
United States District Judge

Date: March 11, 2026

cc: Torrence Holt Becker, pro se
    Counsel of Record